IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| ING INVESTMENT PLAN<br>SERVICES, LLC f/k/a CITISTREET, LLC<br><br>Plaintiff,<br><br>v.<br><br>RONALD SOLBERG<br><br>Defendant. | Case No: 09-cv-01517-WDM-MJW<br><br>ORDER GRANTING UNOPPOSED<br>MOTION FOR EXTENSION OF TIME |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**
(Docket No. 17)

THE COURT, having reviewed Defendant's Unopposed Motion for Extension of Time, having reviewed its file and being fully apprised therein, hereby ORDERS that Defendant has to and including September 4, 2009, within which to reply to the Response to the Motion to Dismiss.

So ORDERED this 31st day of August, 2009.

BY THE COURT

_____
~~US District Court Judge/~~Magistrate

**MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO**