# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No.: 09-CV-01517-WDM-MJW

ING INVESTMENT PLAN
SERVICES, LLC f/k/a CitiStreet, LLC,

      Plaintiff

v.

RONALD SOLBERG,

      Defendant

---

## ORDER (Docket No. 25)

---

Based upon the Stipulated Motion to Amend Caption, the caption in this matter shall now read as follows: *ING Institutional Plan Services, LLC f/k/a CitiStreet, LLC v. Ronald Solberg.* And such motion (Docket No. 25) is granted.

IT IS SO ORDERED:

*/s/ Michael J. Watanabe* 9/3/09
Michael J. Watanabe
United States Magistrate Judge

ND: 4830-53:6-8068